874

*Mut. Ins. Co.* (248 App. Div. 279), cited by the majority, do not support that view. In both cases the insured lulled the insurance company into a sense of security that he was not negligent and did not give the company notice that he was in fact negligent until he testified at the trial of the negligence actions. In both cases it was held that the verdict that there was no lack of co-operation was against the weight of the evidence, but even under the circumstances mentioned it was expressly held that the issue of co-operation was still one of fact.

■ GEORGE H. WALKER, JR., et al., Doing Business under the Name of G. H. WALKER & Co., Respondents, v. PAUL SCHER, Appellant.— In an action by a stock brokerage firm to recover the unpaid balance due it on the account of a customer, in which the customer interposed counterclaims to recover damages, the appeal is from a judgment of the City Court of White Plains, entered after trial before the court without a jury, in favor of the brokerage firm on its complaint and dismissing the counterclaims. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

## (January 29, 1959)

■ EDWARD C. TEPERMAN, Appellant, v. ATCOS BATHS, INC., Respondent. ATCOS BATHS, INC., Respondent, v. EDWARD C. TEPERMAN et al., Appellants.— Motion for reargument denied, without costs. The time of appellant Edward C. Teperman in which to stipulate to waive his right to a trial by jury of his action for salary is extended until five days after the entry of the order hereon. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

## SECOND DEPARTMENT, JULY, 1958■

## (July 21, 1958)

■ In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Department: ANONYMOUS (No. 14), Petitioner; GEORGE A. ARKWRIGHT, as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Petitioner moves to vacate, quash and set aside a subpœna duces tecum issued by respondent Denis M. Hurley, under date of June 2, 1958. Motion denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

## SECOND DEPARTMENT, OCTOBER, 1958*

## (October 9, 1958)

■ In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Judicial Department. ANONYMOUS (No. 16) et al., Petitioners; GEORGE A. ARKWRIGHT, as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Motion to vacate, quash and set aside two subpœnas and a subpœna duces tecum and for other relief denied, without costs. Present — Wenzel, Acting P. J., Beldock, · Ughetta, Hallinan and Kleinfeld, JJ.